# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY K. HUTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | 4:19-CV-3117<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court upon the parties' Stipulated Motion for Award of Attorney Fees Pursuant to 28 U.S.C. § 2412(d) (filing 27). The parties agree to an award of fees and expenses in the amount of $3,465.53, which represents 4.2 hours of work a rate of $189.16 per hour and 14 hours of work at a rate of $190.79 per hour.[1] Filing 27-1.

  The Court has determined that plaintiff was the prevailing party in this action, as the Commissioner's decision was reversed and the case was remanded to the Commissioner for further proceedings; that the application for fees was filed in a timely fashion;[2] and that the position of the Commissioner was not substantially justified because the administrative law

---

[1] The maximum hourly fee of $125 specified in 28 U.S.C. § 2412(d)(1)(D)(2)(A) has been adjusted to account for inflation.

[2] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart*, 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer*, 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 94-97 (1991).

judge made findings that were not supported by substantial evidence. *See Koss v. Sullivan*, 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1. The parties' Stipulated Motion for Award of Attorney Fees Pursuant to 28 U.S.C. § 2412(d) (filing 27) is granted.

2. By separate document, the Court shall enter judgment for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees of $3,465.53.

3. Payment shall be sent to the plaintiff's counsel, the Watson, Carroll Law Firm, at 2809 S. 160th St., Ste. 309, Omaha, NE 68130.

Dated this 21st day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge